UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                              Case Number: 09-37426 GMB

Debtor: Joshua T. & Maria A. Tregear

| Check Number | Creditor | Amount |
|---|---|---|
| 1854945 | Slacks Hoagie Shack Franchise Corporation | 2450.95 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 11, 2014